# Exhibit 4

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------x
DR. ALAN SACERDOTE, et al.,

      Plaintiff,

    vs.                    Case No.
                               16-Civ-6284(KBF)
NEW YORK UNIVERSITY,

      Defendant.
-----------------------------x


DEPOSITION OF MARK CRISPIN MILLER

New York, New York

November 15, 2017

12:12 p.m.


Reported by:
ERICA L. RUGGIERI, RPR
JOB NO: 52342

M. MILLER

A. I don't know.

Q. Do you know how, if at all, she personally violated any alleged fiduciary duty as it is to you -- fiduciary duty as related to you?

A. I don't know.

Q. But you named her as a named defendant in this litigation?

A. Right.

Q. But you don't know what she did or how she acted or whether or not she breached a fiduciary duty?

A. Well, she's a member of the committee whose performance is at issue. So she's been named for that reason.

Q. Are you aware that Ms. Ellis, as well as Ms. Casey, Mr. Dorph, Mr. Burke and all the other named plaintiffs were already sought by your counsel to be added to the litigation that we are in right now?

A. I believe I knew that.

```
 1                    M. MILLER
 2        Q.    In fact, that was part of
 3   the proposed amended complaint that
 4   went with their motion to amend?
 5        A.    Right.   Yes.
 6        Q.    And you are aware that the
 7   court in this case has already
 8   considered that -- those members and
 9   has dismissed those members as
10   possible defendants?
11        A.    I did not know that, no.
12        Q.    And you are aware that --
13   did you know that this decision was
14   made before this new complaint was
15   filed?
16        A.    No, I didn't know that.
17        Q.    Had you had known that
18   these individual defendants that you
19   now name in this new complaint had
20   already been dismissed as improperly
21   amended -- attached or -- strike
22   that.  Let me rephrase it again and
23   make it clear for you.
24             Had you known that this court
25   had already considered these named
```

```
 1                M. MILLER
 2    defendants, Mr. Bing, Mr. Burke, et
 3    cetera, and has already determined
 4    that they were not properly added to
 5    the complaint, would you have still
 6    filed this litigation knowing that
 7    order?
 8         MR. BUMB:  Object to form.
 9         A.   I would have discussed the
10    question with my lawyers, you know,
11    decided on that basis.
12         Q.   But you didn't have an
13    opportunity to discuss that before
14    this was filed?
15         A.   No.  I suppose I didn't
16    have an opportunity.
17         Q.   Is it customary for you to
18    allow your name to be put on a
19    federal lawsuit and having not read
20    the complaint or known about the
21    contents of the complaint?
22         A.   I put my faith in the law
23    firm that's handling this matter.  I
24    can't say it's customary for me to
25    do that because this is the first
```

```
1                M. MILLER
2    time I have ever been involved in a
3    lawsuit like this.
4        Q.   So just to clarify, so this
5    complaint that was filed under your
6    name was filed without discussing
7    the contents of it with you?
8        A.   That would be an
9    overstatement.  The lawyers let us
10   know that they were doing this in a
11   general way.  They didn't get into
12   the specifics of individuals' names
13   and so on.
14       Q.   But you weren't aware that
15   the names that were listed from the
16   retirement committee and the
17   retirement committee itself were
18   already considered and dismissed by
19   the court?
20       A.   I did not know that, no.
21       Q.   And were -- are you aware
22   that the complaint, the new
23   complaint that was filed, raises
24   similar issues that had already been
25   dismissed by the court as well?
```

24

M. MILLER

A. Yes, I knew that. I mean I didn't know that the business about the individuals being dismissed from the first version but the rest of it I knew.

Q. Like one of the complaints that was made that was dismissed in this first round -- this first litigation was issues related to institutional versus retail share classes. Are you aware that that count and those complaints are already dismissed as part of the last motion to dismiss?

A. There was one count that was dismissed; is that right?

Q. With relation to the institutional share class.

A. Yeah. I can't say I remember that specific designation.

Q. Do you know what allegations in the complaint were dismissed?

A. No.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

```
1                    M. MILLER
2       Q.   Did you discuss with your
3    counsel why you were bringing those
4    claims again against these committee
5    members even though they had already
6    been considered by the court and
7    dismissed?
8       A.   I did not.
9       MR. BUMB:   I'm going to
10   object.  Attorney-client privilege.
11   Instruct the witness not to answer.
12      Q.   Are you aware that there
13   are allegations in this complaint
14   that mirror allegations in the new
15   complaint -- in the old complaint
16   that have been considered and
17   dismissed?
18      A.   That strikes me as to be
19   expected.
20      Q.   You would expect that
21   issues that had already been
22   considered and dismissed would be
23   allowed to be brought back in in a
24   new lawsuit?
25      A.   Well, I would expect that
```

```
1                    M. MILLER
2    such allegations could be rephrased.
3         Q.   Do you know what new facts
4    were alleged in this new complaint
5    that would make those issues now
6    viable?
7         A.   I don't know.
8         Q.   Turning back -- we don't
9    need that anymore.
10            Turning back to the current
11   litigation, the one that we are here
12   to discuss today.  When did you hire
13   Schlichter to be your counsel in
14   this lawsuit?
15        A.   Well, I agreed to join the
16   lawsuit in June of 2016.
17        Q.   Did you reach out to them
18   or did Schlichter reach out to you?
19        A.   That's a good question.  I
20   heard about this from a colleague
21   and I already had my concerns about
22   the retirement plan.  And I guess I
23   let her know that I would be willing
24   to join as a named plaintiff.
25        Q.   Do you remember who this
```

```
                                                            155
 1
 2      STATE OF NEW YORK      )
 3                 ss.:
 4      COUNTY OF NEW YORK     )
 5
 6          I, ERICA L. RUGGIERI, RPR and.
 7      a Notary Public within and for the
 8      State of New York, do hereby
 9      certify:
10          That I reported the
11      proceedings in the within-entitled
12      matter, and that the within
13      transcript is a true record of such
14      proceedings.
15          I further certify that I am
16      not related by blood or marriage, to
17      any of the parties in this matter
18      and that I am in no way interested
19      in the outcome of this matter.
20          IN WITNESS WHEREOF, I have
21      hereunto set my hand this 16th day
22      of November, 2017.
23              /s/ Erica Ruggieri
24      _____
25         ERICA L. RUGGIERI, RPR, CSR, CLR
```