# SCHLICHTER BOGARD & DENTON, LLP

**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| JEROME J. SCHLICHTER<br>jschlichter@uselaws.com | 100 SOUTH FOURTH STREET, SUITE 1200<br>ST. LOUIS, MISSOURI 63102<br>(314) 621-6115<br>FAX (314) 621-5934<br>www.uselaws.com | Belleville, Illinois |

January 24, 2020

**Via ECF and Electronic Mail**

The Honorable Analisa Torres, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

      Re: *Sacerdote v. Cammack LaRhette Advisors, LLC,* 17 Civ 8834 (AT)

Dear Judge Torres:

In accordance with the Court's November 26, 2019 order (Doc. 192), the parties submit this letter to advise the Court that the appeal in *Sacerdote v. New York University*, No. 18-2707, remains pending. The appellee's brief is due to be filed by March 18, 2020.

Sincerely,

/s/ Jerome J. Schlichter
Jerome J. Schlichter

cc:    Charles M. Dyke, Esq.
       Kristin Jamberdino, Esq.