```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. ALAN SACERDOTE, et al.,

              Plaintiffs,

-against-                                                                                   17 Civ. 8834 (AT)

NEW YORK UNIVERSITY SCHOOL OF MEDICINE, et al.,                                             **ORDER**

              Defendants.

ANALISA TORRES, District Judge:

    The stay in this action ordered on November 26, 2019, ECF No. 192, is LIFTED.

    SO ORDERED.

Dated: October 12, 2021
       New York, New York

                                                        ANALISA TORRES
                                                 United States District Judge