UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. ALAN SACERDOTE, et al.,

              Plaintiffs,

-against-

NEW YORK UNIVERSITY SCHOOL OF MEDICINE, et al.,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022

17 Civ. 8834 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated March 1 and 30, and April 1, 2022. ECF Nos. 218–20. Accordingly, the stay in this action ordered on December 20, 2021, ECF No. 216, is LIFTED. By **April 18, 2022**, the parties shall file a joint letter and proposed case management plan.

    SO ORDERED.

Dated: April 11, 2022
       New York, New York

ANALISA TORRES
United States District Judge