```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. ALAN SACERDOTE, et al.,

        Plaintiffs,

-against-

CAMMACK LARHETTE ADVISORS, LLC,

        Defendant.

17 Civ. 8834 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' pre-motion letters dated May 16 and 23, 2022. ECF Nos. 235–36. Accordingly:

1. Defendant's request to file a motion for judgment on the pleadings is GRANTED;
2. By **July 22, 2022**, Defendant shall file its motions for judgment on the pleadings;
3. By **August 12, 2022**, Plaintiffs shall file their opposition papers; and
4. By **August 26, 2022**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: June 17, 2022
       New York, New York

ANALISA TORRES
United States District Judge