Nix
55 V
New York,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/5/2022
```

June 30, 2022

**VIA ECF and Email**

The Honorable Analisa Torres, U.S.D.J.
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Torres_NYSDChambers@nysd.uscourts.gov

RE:   *Sacerdote v. New York University*, No. 16-cv-06284 ("*Sacerdote I*")
      *Sacerdote v. Cammack LaRhette Advisors, LLC*, No. 17-cv-08834 ("*Sacerdote II*")

Dear Judge Torres:

This firm represents defendant Cammack LaRhette Advisors, LLC ("Cammack") in *Sacerdote II*. We write, with the consent of plaintiff's counsel, pursuant to Rule 1.C. of Your Honor's Individual Rules to request an adjournment of the dates set forth in the Order dated June 17, 2022 (ECF 242) relating to the briefing of Cammack's motion for judgment on the pleadings.

Presently, the dates for briefing Cammack's motion for judgment on the pleadings are as follows: (1) Cammack shall file its motion by July 22, 2022; (2) Plaintiff shall file its opposition by August 12, 2022; and (3) Cammack shall file its reply by August 26, 2022.

As a result of scheduling conflicts, long-standing travel plans and family obligations, the parties have agreed to the following briefing schedule subject to Your Honor's approval:

(1) Cammack to file its motion papers by August 1, 2022

(2) Plaintiff to file opposition papers by August 22, 2022

(3) Cammack to file reply papers by September 6, 2022

There have been no previous requests for the adjournments of these dates.

Thank you for the Court's consideration of this request. Should Your Honor have any questions or require additional information, we are available at the Court's convenience.

Respectfully submitted,

GRANTED.

SO ORDERED.

Dated: July 5, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge