UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. ALAN SACERDOTE, et al.,

               Plaintiffs,                        17-CV-8834 (AT)(VF)

      -against-                              **ORDER**

NEW YORK UNIVERSITY SCHOOL OF MEDICINE,
et al.,

               Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      As discussed at the conference on March 5, 2024, Defendant is directed to submit a letter identifying additional authority by no later than March 11, 2024. Plaintiff's response in opposition is due March 15, 2024, and any reply in further support of Defendant's letter is due by March 20, 2024.

      **SO ORDERED.**

DATED:    New York, New York
                March 5, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge