**Schlichter**
**Bogard**

100 South 4th S~~~~
St. Louis, MO 63~~

Joel Rohlf

**MEMO ENDORSED**

**Dated: 12/10/25**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

The request for sealing is DENIED. The party seeking to seal the exhibits may file a renewed request for sealing explaining why the interest in sealing outweighs the strong presumption in favor of public access. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 126 (2d Cir. 2006). The Court will keep the viewing restrictions at ECF Nos. 327 and 328 temporarily until **December 26, 2025**, allowing time for a party to file a sealing request. If no sealing request is filed on or before that date, the Court will lift the viewing restrictions. The Clerk of Court is directed to terminate the gavel at ECF No. 323.

July 14, 2025

**ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**Re:**    *Sacerdote v. Cammack LaRhette Advisors*, No. 1:17-cv-08834-AT

Dear Judge Torres:

Plaintiffs respectfully submit this letter regarding discovery materials that Plaintiffs filed provisionally under seal in support of Motion to Join CapFinancial Group, LLC As a Successor-In-Interest to Defendant Cammack LaRhette Advisers, LLC.

Plaintiffs conferred with Cammack LaRehette Advisers, LLC (Cammack) and New York University (NYU), and they requested that Plaintiffs file:[1]

1) Redacted portion of the Memorandum in Support of Plaintiffs' Motion to Join CapFinancial Group, LLC as Successor-In-Interest to Defendant Cammack LaRhette Advisers, LLC;
2) The redacted portions (83:12-19, 86:7-87:25) of Exhibit 7 (Levy Dep.);
3) Exhibit 9, NYU/NYU Langone Retirement Plan Administrative Committeee Q4 2020 Meeting Minutes, dated March 10, 2021, Bates No. NYU0165618;
4) Exhibit 10, Client Consent and Ratification Form from NYU to CAPTRUST, dated March 3, 2021, Bates No. NYU0266015;
5) Exhibit 11, NYU Langone & Related Entities Supplemental Investment Information report prepared by Cammack as of December 31, 2020, Bates No. NYU0167760;
6) Exhibit 12, the Defined Contribution Plans Quarterly Review prepared by CAPTRUST for Q1 2021 (March 31, 2021), Bates No. NYU0167838; and
7) Exhibit 13, NYU/NYU Langone Retirement Plan Administrative Committee Q3 2021 Meeting Minutes (November 30, 2021), Bates No. NYU0165721

provisionally under seal in accordance with Rule IV.A of the Court's Individual Rules of Practice in Civil Cases. The party that designated Exhibit 7 and 9–13 to the Declaration of Chen Kasher as Confidential will have three business days to file a motion to permanently seal or redact the exhibits listed above. Plaintiffs take no position regarding Cammack and NYU's requests.

Sincerely,

/s/ Joel D. Rohlf
Joel D. Rohlf

---

[1] Plaintiffs have yet to receive a response from counsel for NYU, so are filing all its confidential materials under seal.